UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT,

          Plaintiff,

    v.

A. VENTURA, et al.,

          Defendants.

Case No. 25-cv-07188-HSG

**ORDER DENYING MOTION TO COMPEL**

Re: Dkt. No. 22

Plaintiff, an incarcerated person currently housed at Salinas Valley State Prison ("SVSP"), has filed a *pro se* action pursuant to 42 U.S.C. § 1983. Dkt. Nos. 1, 4. Plaintiff has filed a motion to compel Defendants to produce footage of the June 3, 2025 incident from the body-worn cameras of correctional officers J. Canchola Jr. (BWC 332367), D. Shempert (BWC 332325), C. Zavela (BWC 332367), B. Zazveta (BWC 323322), C. Garcia (BWC 331366), and H. Lwan. Dkt. No. 22. The Court DENIES Plaintiff's motion to compel for failure to comply with the format set forth in N.D Cal. L. R. 37-2, the meet-and-confer requirement set forth in Fed. R. Civ. P. 37 and N.D. Cal. L. R. 37-1(a), and the certification of conferral in good faith set forth in N.D. Cal. L.R. 37-2. Plaintiff is familiar with these requirements as his prior motions to compel in his other case, C No. 25-cv-00435 HSG, *Scott v. Garcia*, Dkt. Nos. 12, 20, were denied for failure to comply with these requirements. The Court's denial of this motion to compel is without prejudice to Plaintiff re-filing after he has complied with the applicable rules. This order terminates Dkt. No. 22.

    **IT IS SO ORDERED.**

Dated:  6/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge